# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−5 | User: AutoDocketer | Date Created: 10/7/2026 |
| Case: 5:24−bk−00632−MJC | Form ID: pdf010 | Total: 105 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Aurelius Robleto | apr@robletolaw.com |
| aty | David Lapa | office@melalaw.com |
| aty | Jill E Durkin | jilldurkinesq@gmail.com |
| aty | Lisa M. Doran | ldoran@dorananddoran.com |
| aty | Robert Shearer | rshearer@raslg.com |
| aty | Ronald V. Santora | ronsantoraesq@aol.com |
| aty | Sherri R Dicks | shrdlaw@outlook.com |
| aty | Stephen G. Bresset | sbresset@bressetsantora.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Shmuel M Goldenberg 1713 Wyoming Avenue Forty Fort, PA 18704 |
| cr | Fifth Third Bank Robertson, Anschutz, Schneid, Crane & Pa 13010 Morris Road., Suite 450 Alpharetta, GA 30004 |
| cr | Pearl Goldenberg c/o Lisa M. Doran, Esquire 69 Public Square, Suite 700 Wilkes−Barre, PA 18701 |
| cr | Levi Goldenberg c/o ROBLETO KURUCE, PLLC 3706 Butler Street Pittsburgh, PA 15201 |
| cr | Fifth Third Bank, National Association Robertson, Anschutz, Schneid, Crane & Pa 13010 Morris Road., Suite 450 Alpharetta, GA 30004 |
| cr | Verizon by American InfoSource as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 |
| 5655472 | ABSOLUTE RESOLUTION INVESTMENTS 8000 NORMAN CENTER DRIVE SUITE 350 MINNEAPOLIS, MN |
| 5655473 | ALLTRAN FINANCIAL LP PO BOX 722910 HOUSTON, TX 77272 |
| 5655474 | AMERICAN EXPRESS PO BOX 981537 El Paso, TX 79998 |
| 5655475 | AMERICAN EXPRESS WORLD FINACIAL CENTER 200 VESEY STREET NEW YORK, NY 10285 |
| 5603113 | American Express World Financial Center 200 Vesey St. New York, NY 10285 |
| 5612252 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355−0701 |
| 5612253 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355−0701 |
| 5612254 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355−0701 |
| 5655476 | American Express World Financial Center 200 Vesey Street New York, NY 10285 |
| 5655477 | BANK OF AMERICA PO BOX 15168 WILMINGTON, DE 19850 |
| 5655479 | BARCLAY BANK PO BOX 1337 philadelphia, PA 19101 |
| 5655480 | BARCLAY BANK CREDIT PROCESSING PO BOX 8801 WILMINGTON, DE 19850 |
| 5603118 | Bank of America P.O. Box 15168 Wilmington, DE 19850 |
| 5655478 | Bank of America PO Box 15168 Wilmington, DE 19850 |
| 5603115 | Barclay Bank Credit Card Processing P.O. Box 8801 Wilmington, DE 19899 |
| 5655481 | Barclay Bank− Credit Card processing P.O. Box 8801 Wilmington, DE 19899 |
| 5655482 | CAPITAL ONE BANK 1680 CAPITAL ONE DRIVE MCLEAN, VA 22102−3407 |
| 5655484 | CHASE BANK PO BOX 15298 WILMINGTON, DE 19850 |
| 5655488 | CHASE BANK CARDMEMBER SERVICES PO BOX 1423 CHARLOTTE, NC 28201 |
| 5655487 | CHASE BANK CARDMEMBER SERVICES PO BOX 15548 Wilmington, DE 19886 |
| 5655489 | CHASE BANK N.A. MAIL INTAKE TEAM 700 KANSAS LANE FLOOR 1 MONROE, LA 71203 |
| 5655491 | CHASE CARD SERVICES PO BOX 15369 WILMINGTON, DE 199850−5369 |
| 5655490 | CHASE CARD SERVICES PO BOX 6294 CAROL STREAM, IL 60197 |
| 5655492 | CITI BANK CARD SERVICES 701 E. 60TH STREET N. PO BOX 6034 SIOUX FALLS, SD 57104−0432 |
| 5655495 | CITI CARDS PO BOX 70166 philadelphia, PA 19176 |
| 5655494 | CITI CARDS PO BOX 9001037 LOUISVILLE, KY 40290 |
| 5603117 | Capital One Bank 1680 Capital One Dr. McLean, VA 22102 |
| 5655483 | Capital One Bank 1680 Capital one Drive McLean, VA 22102 |
| 5655485 | Chase Bank P.O. Box 15298 New York, NY 10007 |
| 5603114 | Chase Bank P.O. Box 15298 Wilmington, DE 19850 |
| 5655486 | Chase Bank P.O. Box 15298 Wilmington, DE 19850 |
| 5603116 | Citi Bank Card Services 701 E. 60th St. N. PO Box 6034 Sioux Falls, SD 57117 |
| 5655493 | Citi Bank Card Services 701 E. 60th Street N. P.O. Box 6034 Sioux Falls, SD 57104 |
| 5655496 | DELL PREFERRED PO BOX 6403 Carol Stream, IL 60197 |
| 5655497 | DISCOVER BANK PO BOX 30939 Salt Lake City, UT 84130 |
| 5655498 | DISCOVER FINACIAL SERVICES LLC PO BOX 6103 CAROL STREAM, IL 60197−6103 |
| 5655500 | DISCOVER FINANCIAL SERVICES LLC 2500 LAKE COOK RD. RIVERWOODS, IL 60015 |
| 5603119 | Discover Financial Services P.O. Box 6103 Carol Stream, IL 60197 |
| 5655499 | Discover Financial Services P.O. Box 6103 Carol Stream, IL 60197 |

5655501 FIFTH THIRD BANK 5050 KINGSLEY DRIVE MD 1 MOCFP CINCINATTI, OH 45263−0001
5655502 FINANCIAL RECOVERY SERVICES INC. PO BOX 385908 MINNEAPOLIS, MN 55438
5655503 FORSTER & GARBUS LLP PO BOX 9030 COMMACK, NY 11725
5603112 Fifth Third Bank 5050 Kingsley Dr. MD 1 MOCFP Cincinnati, OH 45227
5610457 Fifth Third Bank Robertson, Anschutz, Schneid, Crane 13010 Morris Road., Suite 450 Alpharetta, GA 30004
5616000 Fifth Third Bank, N.A. 5001 Kingsley Drive 1MOBBW Cincinnati, Ohio 45227
5689078 Fifth Third Bank, National Association Robertson, Anschutz, Schneid, Crane 13010 Morris Road., Suite 450 Alpharetta, GA 30004
5655504 JACK N. ZAHAROPOULOS STANDING CHAPTER 13 (TRU 8125 ADAMS DRIVE SUITE A HUMMELSTOWN, PA 17036
5655505 JOHNSON & COHEN LLP 1 BLUE HILL PLAZA PO BOX 1629 PEARL RIVER, NY 10965−6134
5655507 JPMorgan Chase Bank NA 700 Kansas Lane Floor 1 Monroe, LA 71203
5603104 Johnson & Cohen LLP 1 Blue Hill Plaza PO Box 1629 Pearl River, NY 10965
5655506 Johnson & Cohen LLP 1 Blue Hill Plaza P.O, Box 1629 Pearl River, NY 10965
5655508 LEON GOLDENBERG 1325 58TH STREET BROOKLYN, NY 11219−4530
5655510 LINEBARGER COGGAN BLAIR & SAMPSON PO BOX 659443 SAN ANTONIO, TX 78265
5603108 Leon Goldenberg 1325 58th St. Brooklyn, NY 11219
5655509 Leon Goldenberg 1325 58th St. Brooklyn, NY 11219
5619387 Levi Goldenberg c/o ROBLETO KURUCE, PLLC 3706 Butler Street Pittsburgh, PA 15201
5619386 Levi Goldenburg c/o Robleto Kuruce, PLLC 3706 Butler Street Pittsburgh, PA 15201
5655512 MIDLAND CREDIT MANAGEMENT INC 320 E. BIG BEAVER RD, SUITE 300 TROY, MI 48083−1271
5655513 MIDLAND CREDIT MANAGEMENT INC 350 CAMINO DE LA REINA SUITE 100 SAN DIEGO, CA 92108
5655511 MIDLAND CREDIT MANAGEMENT INC PO BOX 301030 LOS ANGELES, CA 90030
5655514 NACHMAN DEUTSCH 201 ROUTE 59 A3 HILLBURN, NY 10931
5655515 NATIONWIDE CREDIT INC PO BOX 15130 Wilmington, DE 19850
5655516 ORANGE & ROCKLAND UTILITIES 390 W. ROUTE 59 SPRING VALLEY, NY 10977−5343
5603111 Orange & Rockland Utilities 390 W. Route 59 Spring Valley, NY 10977
5655517 Orange & Rockland Utilities 390 W. Route 59 Spring Valley, NY 10977
5655519 PORTFOLIO RECOVERY ASSOCIATESES 120 CORPORATE BLVD. SUITE 100 NORFOLK, VA 23502
5603106 Pearl Goldenberg 26 South Monsey Rd. Airmont, NY 10952
5655518 Pearl Goldenberg 26 South Monsey Rd. Airmont, NY 10952
5813180 Pearl Goldenberg c/o Jill E. Durkin, Esq. 401 Marshbrook Road Factoryville, PA 18419
5610558 Pearl Goldenberg c/o Lisa M. Doran, Esquire 69 Public Square, Suite 700 Wilkes−Barre, PA 18701
5618487 Pearl R. Goldenberg 26 S. Monsey Rd Airmont, NY 10952
5780341 Pearl R. Goldenberg c/o Lisa M. Doran, Esquire 69 Public Square, Suite 700 Wilkes−Barre, PA 18701
5655520 SHMUEL GOLDENBERG 1713 WYOMING AVENUE FORTY FORT, PA 18704−4334
5655522 TD BANK N.A. 200 CAROLINA POINT PKWY. BUILDING B. GREENVILLE, SC 29607
5655521 TD BANK N.A. PO BOX 1448 GREENVILLE, SC 29602
5655523 TRUEHAFT & ZAKARIN LLP 305 BROADWAY 7TH FLOOR NEW YORK, NY 10007−1188
5603107 Truehaft & Zakarin LLP 305 Broadway 7th Flr New York, NY 10007
5655524 Truehaft & Zakarin LLP 305 Broadway 7th Flr New York, NY 10007
5655525 UNITED STATES TRUSTEE US COURTHOUSE 1501 N. 6TH STREET HARRISBURG, PA 17102−1104
5655526 VEOLIA WATER NY INC PAYMENT CENTER PO BOX 371804 Pittsburgh, PA 15250
5617721 Verizon by American InfoSource as agent PO Box 4457 Houston, TX 77210−4457
5655527 WEXLER LAW GROUP 933 WAMARONECK AVE WAMARONECK, NY 10543
5655528 Wexler Law Group 933 Wamaroneck Ave Mamaroneck, NY 10543
5603105 Wexler Law Group 933 Wamaroneck Ave Wamaroneck, NY 10543
5609933 Wexler Law Group PLLC 933 Mamaroneck Ave, Suite 204 Mamaroneck, NY 10543 914−835−1600 ltwexleresq@gmail.com
5603109 Yoel Goldenberg 1621 58th St. Brooklyn, NY 11219
5655529 Yoel Goldenberg 1621 58th street Brooklyn, NY 11204
5655530 ZEV ROSENFELD 24 SOUTH MONSEYT RD. MONSEY, NY 10952−4420
5603110 Zev Rosenfeld 24 South Monsey Rd Monsey NY 19052

TOTAL: 95